IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY SEBASTIAN GRANDISON,<br><br>　　　　Plaintiff,<br>　vs.<br>M. STAINER, et al.,<br><br>　　　　Defendants.　　　　　　／ | 1:11-cv-01506 AWI MJS (PC)<br><br>ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS |

　　　　Plaintiff Jeffrey Sebastian Grandison ("Plaintiff") a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, Plaintiff's application to proceed in forma pauperis was deficient in that it did not include Plaintiff's required original signature.  (ECF No. 10.)  Each document submitted for filing must include the original signature of the filing party or parties.  Local Rule 131; F.R.C.P. 11(a).

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　Within thirty (30) days of the date of service of this Order, Plaintiff shall re-submit the enclosed application to proceed in forma pauperis, with Plaintiff's original signature, or in the alternative, pay the $350.00 filing fee for this action.

*/////*

-1-

**Failure to comply with this Order will result in dismissal of this action**.

IT IS SO ORDERED.

Dated:     October 25, 2011              /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE